# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

LINA B. CALDWELL, as sister, and as )
Administratrix of the Estate of Larry )
Caldwell, deceased, )
                             )
      Plaintiff, )
                             )
v. )
                             )

                             **CIVIL ACTION NO.:**
AMERICAN HONDA MOTOR CO., INC., a )    1:17-CV-00953
corporation; HONDA MOTOR CO. LTD, a )
corporation; HONDA NORTH AMERICA, )
INC., a corporation; HONDA OF CANADA )
MANUFACTURING d/b/a HONDA )
CANADA, INC., a corporation; HONDA )
R&D AMERICAS, INC., a corporation; and )
HONDA R&D CO., LTD, a corporation; )
                             )
      Defendants. )

## SCHEDULING ORDER

This matter comes before the Court on the Parties' Joint Preliminary Report and Discovery Plan. Upon review of the information contained in the Joint Preliminary Report and Discovery Plan form completed and filed by the parties, the Court orders that the time limits for adding parties, amending pleadings, filing motions, completing discovery, and discussing settlement are as set out in the Federal Rules of Civil Procedure and the Local Rules of this Court, *except that the discovery period shall expire April 1, 2018.*

IT IS SO ORDERED, this _1st_ day of _June_ , 2017.

RICHARD W. STORY
United States District Judge