IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LINA B. CALDWELL, as sister, and as Administratrix of the Estate of Larry Caldwell, deceased,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN HONDA MOTOR CO., INC., a corporation; HONDA MOTOR CO. LTD, a corporation; HONDA NORTH AMERICA, INC., a corporation; HONDA OF CANADA MANUFACTURING d/b/a HONDA CANADA, INC., a corporation; HONDA R&D AMERICAS, INC., a corporation; and HONDA R&D CO., LTD, a corporation;<br><br>Defendants. | Civil Action No.:<br>1:17-cv-00953-RWS |

## ORDER GRANTING MOTION TO EXTEND DEADLINES

The Parties' Joint Motion to Extend Deadlines is hereby GRANTED. All deadlines set forth in the Scheduling Order (Doc. 25) are hereby extended by 90 days.

SO ORDERED this 12th day of March, 2018.

_____
HONORABLE RICHARD W. STORY